Fill in this information to identify the case:

Debtor _ESSENTIAL FINANCIAL EDUCATION INC._

United States Bankruptcy Court for the: _NORTHERN_ District of _TEXAS_
(State)

Case number _18-33108_
(If known)

**FILED**

DEC 1 4 2018

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ <br><br> Date or dates debt was incurred <br> _____ <br><br> Last 4 digits of account number __ __ __ __ <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: <br> _____ <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $_____ | $_____ |
| **2.2** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ <br><br> Date or dates debt was incurred <br> _____ <br><br> Last 4 digits of account number __ __ __ __ <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: <br> _____ <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $_____ | $_____ |
| **2.3** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ <br><br> Date or dates debt was incurred <br> _____ <br><br> Last 4 digits of account number __ __ __ __ <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: <br> _____ <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $_____ | $_____ |

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.__  Priority creditor's name and mailing address**

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__  Priority creditor's name and mailing address**

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__  Priority creditor's name and mailing address**

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__  Priority creditor's name and mailing address**

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

CAPITAL ONE BUSINESS VISA
ACCT 4154177944251330
P.O. BOX 105474 Atlanta GA
                          30348

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 15,601 ᵒᵒ

Date or dates debt was incurred     2017-2018
Last 4 digits of account number     1330

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

CLARK HILL STRASSBURGER
PO BOX 50100
DALLAS TX 75250

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 148,692

Date or dates debt was incurred     2019
Last 4 digits of account number     0102

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

KRLD RADIO
4131 NORTH CENTRAL EXPRESSWAY
Dallas TX 75204

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 13,500

Date or dates debt was incurred     2018
Last 4 digits of account number     _ _ _ _

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

TUITION FUNDING SOURCE LLC
1501 HALL JOHNSON # 1273
Colleyville TX 76034

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 528,823

Date or dates debt was incurred     _____
Last 4 digits of account number     _ _ _ _

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

IRS
Memphis TN 38101-0017

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _____

$ 464,935

Date or dates debt was incurred     2016
Last 4 digits of account number     _ _ _ _

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

G KARLIN CAUFIELD Trust
1501 Hall Johnson Rd # 1273
Colleyville Tx 76034

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 204,000

Date or dates debt was incurred     2016-2018
Last 4 digits of account number     _ _ _ _

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Part 3:** | **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1. ___ Line ___ ☐ Not listed. Explain ___

4.2. ___ Line ___ ☐ Not listed. Explain ___

4.3. ___ Line ___ ☐ Not listed. Explain ___

4.4. ___ Line ___ ☐ Not listed. Explain ___

41. ___ Line ___ ☐ Not listed. Explain ___

4.5. ___ Line ___ ☐ Not listed. Explain ___

4.6. ___ Line ___ ☐ Not listed. Explain ___

4.7. ___ Line ___ ☐ Not listed. Explain ___

4.8. ___ Line ___ ☐ Not listed. Explain ___

4.9. ___ Line ___ ☐ Not listed. Explain ___

4.10. ___ Line ___ ☐ Not listed. Explain ___

4.11. ___ Line ___ ☐ Not listed. Explain ___

Debtor _____   Case number (if known)_____
        Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _ ___  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
                    Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                                                                          **Total of claim amounts**

5a. **Total claims from Part 1**                                                  5a.          $_____

                                                                                                                          *1,375,551.75*

5b. **Total claims from Part 2**                                                  5b.     **+**   $ ~~361,511~~

5c. **Total of Parts 1 and 2**                                                     5c.          $ ~~5,361,511~~
    Lines 5a + 5b = 5c.                                                                              *1,375,551.75*

Fill in this information to identify the case:

Debtor name _ESSENTIAL FINANCIAL EDUCATION INC._

United States Bankruptcy Court for the: _NORTHERN_ __ District of _TEXAS_
                                                                        (State)

Case number (If known): _18-33108_

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*...........................................................    $ _____0_____

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................    $ _____0_____

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................    $ _____0_____

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............    $ _____0_____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................    $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....    + $ ~~1,375,551~~
                                                                                                   1,375,551.75

4. Total liabilities......................................................................................................    $ ~~1,375,551~~
   Lines 2 + 3a + 3b                                                                                 $ 1,375,551.75