FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 18-33108 MVL Judge: MICHELLE V. LARSON | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | ESSENTIAL FINANCIAL EDUCATION, INC. | Date Filed (f) or Converted (c): | 09/25/18 (f) |
| | | 341(a) Meeting Date: | 12/18/18 |
| For Period Ending: 06/30/22 | (4th reporting period for this case) | Claims Bar Date: | 04/10/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. POSSIBLE PREFERENCE ACTIONS (u) | 0.00 | 1,914,807.70 | | 1,269,831.98 | 644,975.72 |
| TOTALS (Excluding Unknown Values) | $0.00 | $1,914,807.70 | | $1,269,831.98 | Gross Value of Remaining Assets $644,975.72 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ACCOUNTANT EMPLOYED. CLAIMS TO BE REVIEWED AND OBJECTIONS FILED, IF NECESSARY. ESTIMATED DATE OF TFR IS 06/01/2023 BECAUSE AGREED PAYMENT ON LARGEST AVOIDANCE ACTION ALLOWS INSTALLMENT PAYMENTS OVER SEVERAL YEARS.

Initial Projected Date of Final Report (TFR): 12/01/19   Current Projected Date of Final Report (TFR): 06/01/23

LFORM1

Ver: 22.06b