| | |
|---|---|
| Case No: | 18-33108     MVL    Judge: MICHELLE V. LARSON |
| Case Name: | ESSENTIAL FINANCIAL EDUCATION, INC. |
| | |
| For Period Ending: | 01/31/23 |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 09/25/18 (f) |
| 341(a) Meeting Date: | 12/18/18 |
| Claims Bar Date: | 04/10/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. POSSIBLE PREFERENCE ACTIONS (u) | 0.00 | 1,914,807.70 | | 1,339,831.98 | 574,975.72 |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $1,914,807.70 | $1,339,831.98 | $574,975.72 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ACCOUNTANT EMPLOYED.  CLAIMS  BEING REVIEWED AND OBJECTIONS TO BE  FILED, IF NECESSARY.  ESTIMATED DATE OF TFR IS
06/01/2024 BECAUSE AGREED PAYMENT ON LARGEST AVOIDANCE ACTION ALLOWS INSTALLMENT PAYMENTS OVER SEVERAL YEARS.

Initial Projected Date of Final Report (TFR): 12/01/19        Current Projected Date of Final Report (TFR): 06/01/24