# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-33108 MVL Judge: MICHELLE V. LARSON | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | ESSENTIAL FINANCIAL EDUCATION, INC. | Date Filed (f) or Converted (c): | 09/25/18 (f) |
| | | 341(a) Meeting Date: | 12/18/18 |
| For Period Ending: 01/29/24 | | Claims Bar Date: | 04/10/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. POSSIBLE PREFERENCE ACTIONS (u) | 0.00 | 1,914,807.70 | | 1,649,831.98 | 264,975.72 |
| TOTALS (Excluding Unknown Values) | $0.00 | $1,914,807.70 | | $1,649,831.98 | Gross Value of Remaining Assets $264,975.72 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ACCOUNTANT EMPLOYED. CLAIMS BEING REVIEWED AND OBJECTIONS TO BE FILED, IF NECESSARY. BECAUSE AGREED PAYMENT ON LARGEST AVOIDANCE ACTION ALLOWS INSTALLMENT PAYMENTS OVER SEVERAL YEARS. ESTIMATED DATE OF TFR IS 12/01/2024

Initial Projected Date of Final Report (TFR): 12/01/19    Current Projected Date of Final Report (TFR): 12/01/24