# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 18-33108　MVL　Judge: MICHELLE V. LARSON | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | ESSENTIAL FINANCIAL EDUCATION, INC. | Date Filed (f) or Converted (c): | 09/25/18 (f) |
| | | 341(a) Meeting Date: | 12/18/18 |
| For Period Ending: | 06/30/25　(7th reporting period for this case) | Claims Bar Date: | 04/10/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. POSSIBLE PREFERENCE ACTIONS (u) | 0.00 | 1,915,107.70 | | 2,209,831.98 | 40,000.00 |
| TOTALS (Excluding Unknown Values) | $0.00 | $1,915,107.70 | | $2,209,831.98 | Gross Value of Remaining Assets $40,000.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NEW ACCOUNTANT EMPLOYED.  CLAIMS REVIEWED.   ALL SETTLEMENT PAYMENTS COLLECTED AS OF JULY, 2025.  ACCOUNTANT TO PREPARE FINAL TAX RETURN.  ESTIMATED DATE OF TFR IS  12/01/2025

Initial Projected Date of Final Report (TFR): 12/01/19　　Current Projected Date of Final Report (TFR): 12/01/25

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 22.07n